# Wells Fargo Everyday Checking

September 30, 2024 ■ Page 1 of 7



DAVID W HUMPHREYS
DEBTOR IN POSSESSION
CH11 CASE #24-50070 (NFL)
134 CORAL DR
PANAMA CITY BEACH FL 32413-5212

## Questions?

Available by phone 24 hours a day, 7 days a week:
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

En español: 1-877-727-2932

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | √ | Direct Deposit | √ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | √ | Overdraft Protection | ☐ |
| Mobile Banking | √ | Debit Card | |
| My Spending Report | √ | Overdraft Service | √ |

### Other Wells Fargo Benefits

**Watch for debit card scams so you can avoid them**

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

**Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account.** You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $4,948.30 |
| Deposits/Additions | 3,835.93 |
| Withdrawals/Subtractions | - 8,327.48 |
| **Ending balance on 9/30** | **$456.75** |

Account number: ▇▇▇▇ 3084
**DAVID W HUMPHREYS**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-50070 (NFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/3 | | Mobile Deposit : Ref Number :816030071396 | 500.00 | | |
| 9/3 | | Purchase authorized on 08/28 Tryeden 302-2042196 DE S584242202336542 Card 1316 | | 396.00 | |
| 9/3 | | Purchase authorized on 08/28 Amazon Mktpl*Rk8O1 Amzn.Com/Bill WA S384242213538982 Card 1316 | | 149.34 | |
| 9/3 | | Purchase authorized on 08/29 Walmart.Com 800-925-6278 AR S304242777927332 Card 1316 | | 423.41 | |
| 9/3 | | Purchase authorized on 08/29 Walmart.Com 800-925-6278 AR S384242778427360 Card 1316 | | 10.12 | |
| 9/3 | | Purchase authorized on 08/29 Amazon Mktpl*Rk76L Amzn.Com/Bill WA S384243189484691 Card 1316 | | 117.90 | |
| 9/3 | | Recurring Payment authorized on 08/29 Metapay*Facebook V 650-5434800 CA S304243245083084 Card 1316 | | 4.99 | |
| 9/3 | | Purchase authorized on 08/30 Amazon Mktpl*Rk71W Amzn.Com/Bill WA S464243267298786 Card 1316 | | 66.31 | |
| 9/3 | | Recurring Payment authorized on 08/30 Metapay*Facebook V 650-5434800 CA S464243321381026 Card 1316 | | 19.99 | |
| 9/3 | | Recurring Payment authorized on 08/31 Metapay*Facebook V 650-5434800 CA S584244297632849 Card 1316 | | 4.99 | |
| 9/3 | | Recurring Payment authorized on 08/31 Metapay*Facebook V 650-5434800 CA S584244297808230 Card 1316 | | 4.99 | |
| 9/3 | | Purchase authorized on 08/31 Aci*Credit One Ban 877-825-3242 NV S464244743091613 Card 1316 | | 407.95 | |
| 9/3 | | Purchase authorized on 09/02 Prime Video Channe Amzn.Com/Bill WA S584247082731588 Card 1316 | | 10.97 | |
| 9/3 | | Purchase authorized on 09/02 The Bad Boy Garage Httpsthebadbo WI S584247174268215 Card 1316 | | 357.65 | |
| 9/3 | | Recurring Payment authorized on 09/02 Metapay*Facebook V 650-5434800 CA S584247213756269 Card 1316 | | 4.99 | 3,468.70 |
| 9/4 | | Recurring Payment authorized on 09/02 Metapay*Facebook V 650-5434800 CA S464247234304453 Card 1316 | | 5.99 | |
| 9/4 | | Recurring Payment authorized on 09/02 Metapay*Facebook V 650-5434800 CA S464247234448327 Card 1316 | | 5.99 | |
| 9/4 | | Recurring Payment authorized on 09/02 Metapay*Facebook V 650-5434800 CA S384247234588370 Card 1316 | | 5.99 | |
| 9/4 | | Recurring Payment authorized on 09/02 Metapay*Facebook V 650-5434800 CA S464247234724350 Card 1316 | | 5.99 | |
| 9/4 | | Recurring Payment authorized on 09/03 Vs *Wow! 866-496-9669 OR S464247781474995 Card 1316 | | 238.94 | |
| 9/4 | | Purchase authorized on 09/03 Spi*DIRECTV Servic 800-531-5000 CA S464247786391795 Card 1316 | | 450.00 | 2,755.80 |
| 9/5 | | Purchase authorized on 09/02 Amzn Mktp US*Zt28A Amzn.Com/Bill WA S464247194009581 Card 1316 | | 31.97 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/5 | | Purchase authorized on 09/03 Amazon Mark* Zt1at Httpsamazon.C WA S304247309000279 Card 1316 | | 179.43 | |
| 9/5 | | Recurring Payment authorized on 09/04 Metapay*Facebook V 650-5434800 CA S384248283892287 Card 1316 | | 2.99 | |
| 9/5 | | Recurring Payment authorized on 09/04 Metapay*Facebook V 650-5434800 CA S384248284050739 Card 1316 | | 2.99 | 2,538.42 |
| 9/6 | | Purchase authorized on 09/05 Cvs/Pharmacy #0362 P C Beach FL S384249860888634 Card 1316 | | 116.20 | |
| 9/6 | 2477 | Check | | 200.00 | 2,222.22 |
| 9/9 | | Purchase authorized on 09/04 Ace Hardware Corpo 800-453-0660 IL S304249179664082 Card 1316 | | 661.24 | |
| 9/9 | | Purchase authorized on 09/05 Waffle House Panama City B FL S304250205254335 Card 1316 | | 70.50 | |
| 9/9 | | Recurring Payment authorized on 09/06 Onstar, LLC 888-4667827 MI S384250277576058 Card 1316 | | 42.79 | |
| 9/9 | | Purchase authorized on 09/06 Metapay*Facebook V 650-5434800 CA S384250835427116 Card 1316 | | 3.99 | |
| 9/9 | | Recurring Payment authorized on 09/06 Metapay*Facebook V 650-5434800 CA S464250835592444 Card 1316 | | 3.99 | |
| 9/9 | | Recurring Payment authorized on 09/06 Metapay*Facebook V 650-5434800 CA S304251001772087 Card 1316 | | 4.99 | |
| 9/9 | | Recurring Payment authorized on 09/07 Google *Yt Primeti G.CO/Helppay# CA S464251358522773 Card 1316 | | 138.34 | |
| 9/9 | | Recurring Payment authorized on 09/07 Metapay*Facebook V 650-5434800 CA S384252123642068 Card 1316 | | 19.99 | |
| 9/9 | | Recurring Payment authorized on 09/08 Metapay*Facebook V 650-5434800 CA S584252818213778 Card 1316 | | 1.99 | |
| 9/9 | | Recurring Payment authorized on 09/08 Metapay*Facebook V 650-5434800 CA S384253074500549 Card 1316 | | 4.99 | 1,269.41 |
| 9/10 | | Mobile Deposit : Ref Number :513100236247 | 500.00 | | |
| 9/10 | | Purchase authorized on 09/07 Amzn Mktp US*Z82Cn Amzn.Com/Bill WA S464251822422938 Card 1316 | | 50.28 | |
| 9/10 | | Purchase authorized on 09/08 Walmart.Com 800-925-6278 AR S464252801790747 Card 1316 | | 211.16 | |
| 9/10 | | Purchase authorized on 09/08 Amazon Mktpl*Z885E Amzn.Com/Bill WA S384253157598214 Card 1316 | | 42.78 | |
| 9/10 | | Recurring Payment authorized on 09/09 Metapay*Facebook V 650-5434800 CA S464253272158671 Card 1316 | | 17.99 | |
| 9/10 | | Recurring Payment authorized on 09/09 Metapay*Facebook V 650-5434800 CA S304253272452397 Card 1316 | | 19.99 | |
| 9/10 | 2478 | Check | | 150.00 | 1,277.21 |
| 9/11 | | Purchase authorized on 09/08 Walmart.Com 800-925-6278 AR S464252801790747 Card 1316 | | 30.00 | |
| 9/11 | | Purchase authorized on 09/09 DD *Doordash Fireh 855-973-1040 CA S304253819228231 Card 1316 | | 71.86 | |
| 9/11 | | Purchase authorized on 09/09 Walmart.Com 800-925-6278 AR S584254145571465 Card 1316 | | 32.00 | |
| 9/11 | | Purchase authorized on 09/10 DD *Doordashdashpa WWW.Doordash. CA S384254763332519 Card 1316 | | 9.99 | 1,133.36 |
| 9/13 | | Purchase authorized on 09/12 Metapay*Facebook V 650-5434800 CA S304256327640240 Card 1316 | | 14.99 | |
| 9/13 | | Purchase authorized on 09/12 Metapay*Facebook V 650-5434800 CA S384256332856018 Card 1316 | | 4.99 | |
| 9/13 | | Purchase authorized on 09/12 Metapay*Facebook V 650-5434800 CA S584256836338512 Card 1316 | | 4.99 | 1,108.39 |
| 9/16 | | Purchase authorized on 09/13 Asian Takeout Orde 888-4227810 NC S584257804733461 Card 1316 | | 73.83 | |
| 9/16 | | Purchase authorized on 09/14 Bhn*Giftcards.Com 877-9443822 CA S304258281152831 Card 1316 | | 105.95 | |
| 9/16 | | Purchase authorized on 09/15 Sunpass*Acc1303921 888-865-5352 FL S464260122533683 Card 1316 | | 20.40 | 908.21 |
| 9/17 | | Mobile Deposit : Ref Number :015170314370 | 500.00 | | |
| 9/17 | | Recurring Payment authorized on 09/16 Metapay*Facebook V 650-5434800 CA S464260281417442 Card 1316 | | 4.99 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/17 | | Purchase authorized on 09/16 Need A Trailer Par Httpsneedatra IL S384260840874184 Card 1316 | | 211.94 | 1,191.28 |
| 9/18 | | Purchase authorized on 09/16 Amzn Mktp US*3W1E4 Amzn.Com/Bill WA S584260802916068 Card 1316 | | 31.10 | 1,160.18 |
| 9/20 | | Recurring Payment authorized on 09/16 Walmart.Com 800925 800-966-6546 AR S464260783374466 Card 1316 | | 46.93 | |
| 9/20 | 2472 | Check | | 340.00 | 773.25 |
| 9/23 | | Purchase authorized on 09/16 Walmart.Com 800-925-6278 AR S464261012120545 Card 1316 | | 46.92 | |
| 9/23 | | Purchase authorized on 09/16 Walmart.Com 800-925-6278 AR S464261012120545 Card 1316 | | 113.80 | |
| 9/23 | | Purchase authorized on 09/21 Sp Kemimoto Hong Kong Hkg S584265776976060 Card 1316 | | 404.45 | |
| 9/23 | | Purchase authorized on 09/21 Partzilla.Com 877-473-4595 GA S304265796093132 Card 1316 | | 43.52 | |
| 9/23 | | Purchase authorized on 09/21 Creolefood.Com 504-513-4011 LA S384266099953719 Card 1316 | | 80.67 | |
| 9/23 | | Purchase authorized on 09/22 Facebk *Facebook V Fb.ME/CC CA S464266273615824 Card 1316 | | 4.99 | |
| 9/23 | | Recurring Payment authorized on 09/22 Metapay*Facebook V 650-5434800 CA S464267092723094 Card 1316 | | 19.99 | 58.91 |
| 9/24 | | Mobile Deposit : Ref Number :614240264000 | 500.00 | | |
| 9/24 | | Purchase authorized on 09/22 Thermoworks, Inc. 801-756-7705 UT S304266261928486 Card 1316 | | 66.63 | |
| 9/24 | | Recurring Payment authorized on 09/23 Metapay*Facebook V 650-5434800 CA S464267260751758 Card 1316 | | 2.99 | |
| 9/24 | | Recurring Payment authorized on 09/23 Metapay*Facebook V 650-5434800 CA S584267260953488 Card 1316 | | 19.99 | |
| 9/24 | | Purchase authorized on 09/23 Ace Home Helpers Panama City B FL S464267851264576 Card 1316 | | 82.08 | |
| 9/24 | | Purchase authorized on 09/23 VP Racing-360 Fuel Panama City B FL S304267857541879 Card 1316 | | 39.19 | |
| 9/24 | | Purchase authorized on 09/23 VP Racing-360 Fuel Panama City B FL S384267860327400 Card 1316 | | 52.32 | |
| 9/24 | | Credit One Bank Payment 240830 57967835 David Humphreys | | 407.95 | -112.24 |
| 9/25 | | SSA Treas 310 Xxsoc Sec 092524 xxxxx5028A SSA David W Humphreys II | 1,789.00 | | |
| 9/25 | | Purchase authorized on 09/24 Lowes #00907* 866-483-7521 NC S584268261421855 Card 1316 | | 468.82 | |
| 9/25 | | Recurring Payment authorized on 09/24 Microsoft*Microsof 425-6816830 WA S584268307326991 Card 1316 | | 1.99 | 1,205.95 |
| 9/26 | | Purchase authorized on 09/25 WM Supercenter #31 P C Beach FL S464270015461308 Card 1316 | | 34.86 | |
| 9/26 | | Purchase authorized on 09/25 WM Supercenter #31 P C Beach FL S304270019213052 Card 1316 | | 13.86 | 1,157.23 |
| 9/30 | | Purchase Return authorized on 09/26 Walmart.Com 800925 Bentonville AR S384271097632191 Card 1316 | 46.93 | | |
| 9/30 | | Recurring Payment authorized on 09/22 Walmart.Com 800925 Bentonville AR S464266786562575 Card 1316 | | 369.39 | |
| 9/30 | | Recurring Payment authorized on 09/23 Walmart.Com 800925 Bentonville AR S584268022400234 Card 1316 | | 250.18 | |
| 9/30 | | Purchase authorized on 09/28 Amazon.Com*096L20L Amzn.Com/Bill WA S304272519534202 Card 1316 | | 63.88 | |
| 9/30 | | Recurring Payment authorized on 09/29 Metapay*Facebook V 650-5434800 CA S464273306870876 Card 1316 | | 3.99 | |
| 9/30 | | Purchase authorized on 09/29 Facebk *Facebook V Fb.ME/CC CA S464273739712712 Card 1316 | | 19.99 | |
| 9/30 | | Recurring Payment authorized on 09/29 Metapay*Facebook V 650-5434800 CA S584274051997845 Card 1316 | | 19.99 | |
| 9/30 | | Recurring Payment authorized on 09/29 Metapay*Facebook V 650-5434800 CA S384274203190414 Card 1316 | | 19.99 | 456.75 |
| **Ending balance on 9/30** | | | | | **456.75** |
| **Totals** | | | **$3,835.93** | **$8,327.48** | |



## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2472 | 9/20 | 340.00 | 2477 * | 9/6 | 200.00 | 2478 | 9/10 | 150.00 |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2024 - 09/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee**<br>Have any **ONE** of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $500.00 | -$112.24 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $1,789.00 ✓ |
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Updated limits on Overdraft Fees**

Effective October 1, 2024, we will no longer assess overdraft fees on items of $10 or less. Additionally, if both your ending daily account balance and available balance are overdrawn by $10 or less after we have processed your transactions, we won't assess an overdraft fee on those items.

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

As a reminder, your Everyday Checking account monthly service fee is $10 per fee period. You can avoid the $10 monthly service fee if you meet any one of the following conditions during each fee period*:
$500 minimum daily balance
$500 or more in total qualifying electronic deposits**
The primary account owner is 17 - 24 years old***
A linked Wells Fargo Campus ATM Card or Campus Debit Card****
A non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program*****

**Check 2477**
DAVID W HUMPHREYS
DEBTOR IN POSSESSION
134 CORAL DR
PANAMA CITY BEACH, FL 32413-5212
Date: 04 SEPT 24
Pay to the Order of: LISA ANDERSON
$ 200.⁰⁰
Two hundred and ⁰⁰/₁₀₀ Dollars
Wells Fargo Bank, N.A.
Florida
wellsfargo.com
For: HOUSE CLEANING - ORGANIZING

**Check 2478**
DAVID W HUMPHREYS
DEBTOR IN POSSESSION
134 CORAL DR
PANAMA CITY BEACH, FL 32413-5212
Date: 09 SEPT 24
Pay to the Order of: LISA ANDERSON
$ 150.⁰⁰
One hundred fifty and ⁰⁰/₁₀₀ Dollars
Wells Fargo Bank, N.A.
Florida
wellsfargo.com
For: HOUSE CLEANING & REORGANIZE

**Check 2472**
DAVID W HUMPHREYS
DEBTOR IN POSSESSION
134 CORAL DR
PANAMA CITY BEACH, FL 32413-5212
Date: 02 AUG 24
Pay to the Order of: PETER SHAH
$ 340.⁹⁹
Three hundred forty and ⁰⁰/₁₀₀ Dollars
Wells Fargo Bank, N.A.
Florida
wellsfargo.com
For: _____

## My Transactions

| | |
|---|---|
| TFR To Loan xxxxxxx0-44 | -$505.61 |
| 10/09/2024 | $95.42 |
| MOBILE DEPOSIT EXCEP | $505.61 |
| 10/09/2024 | $601.03 |
| SHARE DRAFT # 2094 | -$900.00 |
| 09/26/2024 | $95.42 |

## My Transactions

| | |
|---|---:|
| **TFR To Loan xxxxxxx0-43** | **-$34.00** |
| 08/13/2024 | $69.75 |
| **TFR To Loan xxxxxxx0-44** | **-$505.61** |
| 08/13/2024 | $103.75 |
| **TFR To Loan xxxxxxx0-43** | **-$34.00** |
| 08/13/2024 | $609.36 |
| **SPEEDPAY** | **$638.36** |
| 08/12/2024 | $643.36 |
| **TFR To Loan xxxxxxx0-44** | **-$1,516.83** |
| 08/07/2024 | $5.00 |
| **SPEEDPAY** | **$1,516.83** |
| 08/06/2024 | $1,521.83 |

9:44 AM
10/22/24
Accrual Basis

# David Humphreys #24-50070
# Profit & Loss
## September 2024

|  | Sep 24 |
|---|---|
| **Income** |  |
|   Income Other | 2,000.00 |
|   Social Security | 1,789.00 |
| **Total Income** | 3,789.00 |
| **Expense** |  |
|   Automobile Expense | 1,109.07 |
|   Dues and Subscriptions | 44.78 |
|   Entertainment | 414.02 |
|   Gifts | 105.95 |
|   Household/Groceries | 2,451.52 |
|   Meals | 306.85 |
|   Personal | 2,010.98 |
|   Repairs and Maintenance | 1,212.14 |
|   Travel Expense | 20.40 |
|   Utilities | 688.94 |
| **Total Expense** | 8,364.65 |
| **Net Income** | -4,575.65 |

Page 1

9:44 AM
10/22/24
Accrual Basis

# David Humphreys #24-50070
# CASH RECEIPTS Exhibit C
### As of September 30, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Tyndall Checking** | | | | | | | |
| Total Tyndall Checking | | | | | | | |
| **Tyndall Saving** | | | | | | | |
| Total Tyndall Saving | | | | | | | |
| **Wells Fargo 3084** | | | | | | | |
| Deposit | 09/03/2024 | | David Humphreys | :816030071396 | X | Income Other | 500.00 |
| Deposit | 09/10/2024 | | David Humphreys | :513100236247 | X | Income Other | 500.00 |
| Deposit | 09/17/2024 | | David Humphreys | :015170314370 | X | Income Other | 500.00 |
| Deposit | 09/24/2024 | | David Humphreys | :614240264000 | X | Income Other | 500.00 |
| Deposit | 09/25/2024 | | David Humphreys | 092524 XXXX... | X | Social Security | 1,789.00 |
| Deposit | 09/30/2024 | | Wal Mart | PURCHASE ... | X | Household/Gro... | 46.93 |
| Total Wells Fargo 3084 | | | | | | | 3,835.93 |
| **TOTAL** | | | | | | | **3,835.93** |

9:44 AM
10/22/24
Accrual Basis

# David Humphreys #24-50070
## CASH DISBURSEMENTS Exhibit D
As of September 30, 2024

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Tyndall Checking** | | | | | | | |
| Check | 09/26/2024 | 2094 | | David said th... | X | Personal | -900.00 |
| Total Tyndall Checking | | | | | | | -900.00 |
| **Tyndall Saving** | | | | | | | |
| Total Tyndall Saving | | | | | | | |
| **Wells Fargo 3084** | | | | | | | |
| Check | 09/03/2024 | | Try Eden | PURCHASE ... | X | Personal | -396.00 |
| Check | 09/03/2024 | | Amazon | PURCHASE ... | X | Household/Gro... | -149.34 |
| Check | 09/03/2024 | | Wal Mart | PURCHASE ... | X | Household/Gro... | -423.41 |
| Check | 09/03/2024 | | Wal Mart | PURCHASE ... | X | Household/Gro... | -10.12 |
| Check | 09/03/2024 | | Amazon | PURCHASE ... | X | Household/Gro... | -117.90 |
| Check | 09/03/2024 | | Matapay | RECURRING... | X | Entertainment | -4.99 |
| Check | 09/03/2024 | | Amazon | PURCHASE ... | X | Household/Gro... | -66.31 |
| Check | 09/03/2024 | | Matapay | RECURRING... | X | Entertainment | -19.99 |
| Check | 09/03/2024 | | Matapay | RECURRING... | X | Entertainment | -4.99 |
| Check | 09/03/2024 | | Matapay | RECURRING... | X | Entertainment | -4.99 |
| Check | 09/03/2024 | | Credit One | PURCHASE ... | X | Credit One | -407.95 |
| Check | 09/03/2024 | | Matapay | RECURRING... | X | Entertainment | -4.99 |
| Check | 09/03/2024 | | Bad Boy Garage | PURCHASE ... | X | Automobile Ex... | -357.65 |
| Check | 09/03/2024 | | Prime Video | PURCHASE ... | X | Entertainment | -10.97 |
| Check | 09/04/2024 | | Matapay | RECURRING... | X | Entertainment | -5.99 |
| Check | 09/04/2024 | | Matapay | RECURRING... | X | Entertainment | -5.99 |
| Check | 09/04/2024 | | Matapay | RECURRING... | X | Entertainment | -5.99 |
| Check | 09/04/2024 | | Matapay | RECURRING... | X | Entertainment | -5.99 |
| Check | 09/04/2024 | | WOW | RECURRING... | X | Utilities | -238.94 |
| Check | 09/04/2024 | | Direct TV | PURCHASE ... | X | Utilities | -450.00 |
| Check | 09/05/2024 | | Amazon | PURCHASE ... | X | Household/Gro... | -31.97 |
| Check | 09/05/2024 | | Amazon | PURCHASE ... | X | Household/Gro... | -179.43 |
| Check | 09/05/2024 | | Matapay | RECURRING... | X | Entertainment | -2.99 |
| Check | 09/05/2024 | | Matapay | RECURRING... | X | Entertainment | -2.99 |
| Check | 09/06/2024 | | CVS | PURCHASE ... | X | Household/Gro... | -116.20 |
| Check | 09/06/2024 | 2477 | Lisa Anderson | House cleani... | X | Personal | -200.00 |
| Check | 09/09/2024 | | On Star | RECURRING... | X | Dues and Sub... | -42.79 |
| Check | 09/09/2024 | | Matapay | PURCHASE ... | X | Entertainment | -3.99 |
| Check | 09/09/2024 | | Matapay | RECURRING... | X | Entertainment | -3.99 |
| Check | 09/09/2024 | | Matapay | RECURRING... | X | Entertainment | -4.99 |
| Check | 09/09/2024 | | Matapay | RECURRING... | X | Entertainment | -19.99 |
| Check | 09/09/2024 | | Matapay | RECURRING... | X | Entertainment | -1.99 |
| Check | 09/09/2024 | | Matapay | RECURRING... | X | Entertainment | -4.99 |
| Check | 09/09/2024 | | Ace Hardware | PURCHASE ... | X | Repairs and M... | -661.24 |
| Check | 09/09/2024 | | Waffle House | PURCHASE ... | X | Meals | -70.50 |
| Check | 09/09/2024 | | Google YT Primetime | RECURRING... | X | Entertainment | -138.34 |
| Check | 09/10/2024 | | Amazon | PURCHASE ... | X | Household/Gro... | -50.28 |
| Check | 09/10/2024 | | Wal Mart | PURCHASE ... | X | Household/Gro... | -211.16 |
| Check | 09/10/2024 | | Amazon | PURCHASE ... | X | Household/Gro... | -42.78 |
| Check | 09/10/2024 | | Matapay | RECURRING... | X | Entertainment | -17.99 |
| Check | 09/10/2024 | | Matapay | RECURRING... | X | Entertainment | -19.99 |
| Check | 09/10/2024 | 2478 | Lisa Anderson | House Cleani... | X | Personal | -150.00 |
| Check | 09/11/2024 | | Wal Mart | PURCHASE ... | X | Household/Gro... | -30.00 |
| Check | 09/11/2024 | | Door Dash | PURCHASE ... | X | Meals | -71.86 |
| Check | 09/11/2024 | | Wal Mart | PURCHASE ... | X | Household/Gro... | -32.00 |
| Check | 09/11/2024 | | Door Dash | PURCHASE ... | X | Meals | -9.99 |
| Check | 09/13/2024 | | Matapay | PURCHASE ... | X | Entertainment | -14.99 |
| Check | 09/13/2024 | | Matapay | PURCHASE ... | X | Entertainment | -4.99 |
| Check | 09/13/2024 | | Matapay | PURCHASE ... | X | Entertainment | -4.99 |
| Check | 09/16/2024 | | Asian Takeout | PURCHASE ... | X | Meals | -73.83 |
| Check | 09/16/2024 | | BHN Gift Cards | PURCHASE ... | X | Gifts | -105.95 |
| Check | 09/16/2024 | | Sunpass | PURCHASE ... | X | Travel Expense | -20.40 |
| Check | 09/17/2024 | | Matapay | RECURRING... | X | Entertainment | -4.99 |
| Check | 09/17/2024 | | Need A Trailer Part | PURCHASE ... | X | Automobile Ex... | -211.94 |
| Check | 09/18/2024 | | Amazon | PURCHASE ... | X | Household/Gro... | -31.10 |
| Check | 09/20/2024 | | Wal Mart | RECURRING... | X | Household/Gro... | -46.93 |
| Check | 09/20/2024 | 2472 | Peter Shah | | X | Personal | -340.00 |
| Check | 09/23/2024 | | Wal Mart | PURCHASE ... | X | Household/Gro... | -46.92 |
| Check | 09/23/2024 | | Wal Mart | PURCHASE ... | X | Household/Gro... | -113.80 |
| Check | 09/23/2024 | | Facebook | PURCHASE ... | X | Personal | -4.99 |

Page 1

9:44 AM
10/22/24
Accrual Basis

# David Humphreys #24-50070
## CASH DISBURSEMENTS Exhibit D
### As of September 30, 2024

| Type  | Date       | Num | Name        | Memo         | Clr | Split           | Amount    |
|-------|------------|-----|-------------|--------------|-----|-----------------|-----------|
| Check | 09/23/2024 |     | Matapay     | RECURRING... | X   | Entertainment   | -19.99    |
| Check | 09/23/2024 |     | Creole Food | PURCHASE ... | X   | Meals           | -80.67    |
| Check | 09/23/2024 |     | Kemimoto    | PURCHASE ... | X   | Automobile Ex...| -404.45   |
| Check | 09/23/2024 |     | Partzilla   | PURCHASE ... | X   | Automobile Ex...| -43.52    |
| Check | 09/24/2024 |     | Matapay     | RECURRING... | X   | Entertainment   | -2.99     |
| Check | 09/24/2024 |     | Matapay     | RECURRING... | X   | Entertainment   | -19.99    |
| Check | 09/24/2024 |     | Ace Home    | PURCHASE ... | X   | Repairs and M...| -82.08    |
| Check | 09/24/2024 |     | VP Racing   | PURCHASE ... | X   | Automobile Ex...| -39.19    |
| Check | 09/24/2024 |     | VP Racing   | PURCHASE ... | X   | Automobile Ex...| -52.32    |
| Check | 09/24/2024 |     | Credit One  | 240830 5796... | X | Credit One      | -407.95   |
| Check | 09/24/2024 |     | Thermoworks | PURCHASE ... | X   | Household/Gro...| -66.63    |
| Check | 09/25/2024 |     | Microsoft   | RECURRING... | X   | Dues and Sub... | -1.99     |
| Check | 09/25/2024 |     | Lowes       | PURCHASE ... | X   | Repairs and M...| -468.82   |
| Check | 09/26/2024 |     | Wal Mart    | PURCHASE ... | X   | Household/Gro...| -34.86    |
| Check | 09/26/2024 |     | Wal Mart    | PURCHASE ... | X   | Household/Gro...| -13.86    |
| Check | 09/30/2024 |     | Wal Mart    | RECURRING... | X   | Household/Gro...| -369.39   |
| Check | 09/30/2024 |     | Wal Mart    | RECURRING... | X   | Household/Gro...| -250.18   |
| Check | 09/30/2024 |     | Amazon      | PURCHASE ... | X   | Household/Gro...| -63.88    |
| Check | 09/30/2024 |     | Matapay     | RECURRING... | X   | Entertainment   | -3.99     |
| Check | 09/30/2024 |     | Facebook    | PURCHASE ... | X   | Personal        | -19.99    |
| Check | 09/30/2024 |     | Matapay     | RECURRING... | X   | Entertainment   | -19.99    |
| Check | 09/30/2024 |     | Matapay     | RECURRING... | X   | Entertainment   | -19.99    |

Total Wells Fargo 3084                                                      -8,327.48

**TOTAL**                                                                   -9,227.48