**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

In re

David W Humphreys

                                                CHAPTER  11
                                                CASE NO.  24-50070-KKS

        Debtor(s)
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED BY FREEDOM ROAD FINANCIAL REGARDING 2021 POLARIS RANGER ULTIMATE  VIN: 4XARRY998M8476427 (DOC. #83)**

THIS CASE is before the Court on the Motion for Relief from Stay (DOC. #83) filed by FREEDOM ROAD FINANCIAL ("Creditor"). The Motion was served on interested parties with the Local Rule 2002-2 Negative Notice legend informing the parties of their opportunity to respond.  No party filed a response within the time permitted.  Therefore, the Court deems the matter unopposed. Accordingly, it is

    ORDERED:

    1.    The Motion For Relief From Stay (DOC. #83) filed by FREEDOM ROAD FINANCIAL is GRANTED.

    2.    The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated  as to the collateral/property described as: 2021 POLARIS RANGER ULTIMATE  VIN: 4XARRY998M8476427.

3. The relief granted here permits the Creditor to seek and obtain *in rem* relief against the collateral/property only and does not permit the Creditor to seek or obtain *in personam* relief against the Debtor(s).

DONE and ORDERED ___February 18, 2025___.

_____
Karen K. Specie
United States Bankruptcy Judge

NicoleMariani Noel is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.

Order Prepared By:
NicoleMariani Noel, P.O. Box 800, Tampa, FL 33603 (Modified in Chambers)

Copies Furnished To:
Nicole Mariani Noel, P.O. Box 800, Tampa, FL 33601-0800, Attorney for Creditor
David W Humphreys, 134 Coral Drive, Panama City Beach, FL 32413
Michael Austen Wynn, Esq. 430 W 5th Street, Suite 400, Panama City, FL 32401
Office of the United States Trustee , 110 East Park Avenue, Suite 128, Tallahassee, FL 32301
LEFKOFF, RUBIN & GLEASON, PC c/o LEFKOFF, RUBIN & GLEASON, PC
ATTN: PHILLIP RUBIN, ESQ.
5555 GLENRIDGE CONNECTOR STE. 900, ATLANTA, GA, 30342

2428448/mdm